Orthotics & Professional Supply, Ltd. v Country-Wide Ins. Co. (2022 NY Slip Op 51348(U))

[*1]

Orthotics & Professional Supply, Ltd. v Country-Wide Ins. Co.

2022 NY Slip Op 51348(U)

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, CHEREÉ A. BUGGS, JJ

2022-39 Q C

Orthotics & Professional Supply, Ltd., as Assignee of Luo Yong Qiang, Respondent,
against
Country-Wide Insurance Company, Appellant. 

Opinion withdrawn from publication by the State Reporter because it duplicates the opinion published at 
2022 NY Slip Op 51221(U).